## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| USA REGROWTH, LLC, SARANG, LLC, CAPITAL CONCEPTS NORTHWEST, LLC, MYRTLE HILL, LLC, GHF INVESTMENTS, LLC, and JLO INVESTMENTS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>MIDAS INVESTMENTS, LLC, CHAD BLACK, an individual,<br><br>Defendants. | Case No. CIV-19-24-HE |

## DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP

Defendant, Midas Investments, LLC, pursuant to L.Cv. R. 7.1.1, states that:

1. The identity of the members of Midas Investments, LLC are Chad Black and the Midas Management Trust dated January 1, 2016.

2. To the best of Midas Investments, LLC's knowledge and belief, members of Midas Investments, LLC are not citizens of the adversaries' alleged state of citizenship.

Dated this 14th day of February 2019.

                                                                        RUBENSTEIN & PITTS, PLLC

                                                                        /s/ Terry Stokes
                                                                        Terry Stokes, OBA #11177
                                                                        Emily Allan, OBA #33456
                                                                        1503 E. 19th St.
                                                                        Edmond, OK  73013
                                                                        405-340-1900 / 405-340-1001 – FAX
                                                                        tstokes@oklawpartners.com
                                                                        eallan@oklawpartners.com
                                                                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel V. Carsey
Kelly C. Comarda
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
dcarsey@hallestill.com
kcomrada@hallestill.com
*Counsel for Plaintiffs*

/s/ Terry Stokes