# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| USA REGROWTH, LLC, <br> SARANG, LLC, <br> CAPITAL CONCEPTS NORTHWEST, LLC, MYRTLE HILL, LLC, <br> GHF INVESTMENTS, LLC, and <br> JLO INVESTMENTS, LLC <br><br> Plaintiffs, <br><br> v. <br><br> MIDAS INVESTMENTS, LLC, <br> CHAD BLACK, an individual, <br><br> Defendants. | Case No. CIV-19-24-HE |

## DEFENDANTS' INITIAL DISCLOSURES PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Defendants, Midas Investments, LLC and Chad Black ("Defendants") submit the following initial disclosures pursuant to Fed. R. Civ. P. 26(a). These disclosures represent a reasonable, good faith disclosure of the individuals and documents presently known to Defendants. Defendants reserve the right to supplement or change these disclosures as discovery progresses.

**A. Individuals Likely to Have Discoverable Information**

| Name | Contact Information | Subject of Information |
|---|---|---|
| Chad Black | c/o Defendants counsel | Knowledge of all claims and defenses. |
| Brandy Long | c/o Defendants counsel | Knowledge of the rehabilitation projects. |
| Melissa Murphy-Steely | Contact information to be provided. | Knowledge of all the finances relating to the properties at issue. |

**EXHIBIT 3**

B. **Description of Documents**

| Description/Category of Document | Location |
|---|---|
| Documents in Defendants' control and custody relating to 619 NW 34th Street, Oklahoma City, OK 73118 | Defendants counsel has custody of the documents. |
| Documents in Defendants' control and custody relating to 709 NW 33rd Street, Oklahoma City, OK 73118 | Defendants counsel has custody of the documents. |
| Documents in Defendants' control and custody relating to 1423 NW 31st Street, Oklahoma City, OK 73118 | Defendants counsel has custody of the documents. |
| Documents in Defendants' control and custody relating to 2209 NE 9th Street, Moore, OK 73160 | Defendants counsel has custody of the documents. |
| Documents in Defendants' control and custody relating to 2550 NW 20th Street, Oklahoma City, OK 73107 | Defendants counsel has custody of the documents. |

C. **Computation of Damages.**

Defendants have not asserted damages.

D. **Insurance Agreement**

Defendants do not have an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    RUBENSTEIN & PITTS, PLLC

    */s/ Terry Stokes*
    Terry Stokes, OBA #11177
    Emily E. Allan, OBA #33456
    Rubenstein & Pitts, PLLC
    1503 E. 19th Street

**EXHIBIT 3**

Edmond, OK  73013
405.340.1900 / 405.340.1001 (FAX)
tstokes@oklawpartners.com
eallan@oklawpartners.com
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I emailed a copy of the above to the following:

Daniel V. Carsey
Kelly C. Comarda
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
dcarsey@hallestill.com
kcomrada@hallestill.com
*Counsel for Plaintiffs*

*/s/ Terry Stokes*