**EXHIBIT 4**



Jacqueline M. McCormick
Associate
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Direct Dial: (405) 553-2328
Facsimile: (405) 553-2855
jmccormick@hallestill.com

July 1, 2019

**VIA E-MAIL TSTOKES@OKLAWPARTNERS.COM**

Mr. Terry Stokes
Ms. Emily E. Allan
Rubenstein & Pitts, PLLC
1503 E. 19th Street
Edmond, OK 73013

> Re: USA Regrowth, LLC, et al. v. Midas Investments, LLC, et al., WDOK Case No. CIV-19-24-HE
> Client/Matter No. 004930.00001

Dear Terry and Emily:

After reviewing Defendant Midas Investments, LLC's and Defendant Chad Black's Responses and Objections to Plaintiffs' First Sets of Interrogatories and Requests for Production, we have determined the following referenced documents were not produced with Defendants' Rule 26 Disclosures on March 26, 2019:

1. **Business Records of Midas Investments, LLC** – referenced as "previously produced with its Rule 26 disclosures" in Defendant Midas Investments, LLC's Answers to Interrogatory Nos. 4, 6, 7, 9, 10 and 11 and Defendant Chad Black's Answers to Interrogatory Nos. 4, 8, 9 and 10;

2. **Communications between Midas Investments, LLC and Plaintiffs -** referenced as "previously produced with its Rule 26 disclosures" in Defendant Midas Investments, LLC's Responses to Request for Production Nos. 1, 2 and 3 and Defendant Chad Black's Responses to Request for Production Nos. 1, 2 and 3;

3. **Financial and other documents related to the Properties** – referenced as "previously produced with its Rule 26 disclosures" in Defendant Midas Investments, LLC's Responses to Request for Production Nos. 5, 7 and 8 and Defendant Chad Black's Responses to Request for Production Nos. 6 and 7.

**EXHIBIT 4**

Mr. Terry Stokes
Ms. Emily E. Allan
July 1, 2019
Page 2

We are currently set on the January 2020 trial docket, with a discovery completion deadline of October 1, 2019. However, we are still awaiting a complete copy of Defendants' initial disclosure production, additional production per a protective order Defendants would like entered in the case, and documents responsive to Plaintiffs' Subpoena Duces Tecum to Ms. Murphy-Steely. Since deadlines are approaching, please send the proposed Agreed Protective Order for our review and initial disclosure production, as outlined above, by **July 12, 2019.**

If for some reason Defendants do not plan on producing the documents they stated were already produced with initial disclosures, please call us so we can discuss the issue in a good faith effort to resolve it.

Should you wish to discuss any other issue in the case, please do not hesitate to contact me.

Respectfully,

Jacqueline M. McCormick

JMM:krj