# EXHIBIT 5

**Subject:** FW: [EXTERNAL]:USA Regrowth v. Midas, et al.

**From:** Tanya Moran [mailto:tmoran@oklawpartners.com]
**Sent:** Friday, July 12, 2019 11:34 AM
**To:** Jacqueline McCormick <jmccormick@hallestill.com>
**Cc:** Terry Stokes <tstokes@oklawpartners.com>; Emily Allan <eallan@oklawpartners.com>
**Subject:** [EXTERNAL]:USA Regrowth v. Midas, et al.

Ms. McCormick,

In response to your correspondence dated July 1st, we are producing the following documents as part of our Rule 26 Disclosures and responses to Plaintiff's Discovery requests. You may access the documents from the link below:

https://link.zixcentral.com/u/77c55b29/xEY93cKk6RGkpWkq9u_1Kg?u=https%3A%2F%2Frpweb-my.sharepoint.com%2F%3Af%3A%2Fg%2Fpersonal%2Ftmoran_oklawpartners_com%2FEu8Mt5c1VKBIlCkb6rRJyIIBcXAjSEoXIINuP1zqP11Ykg%3Fe%3Dvyrcif

Thank you.

Tanya L. Moran
Paralegal



1503 E. 19th Street | Edmond, OK 73013

(405) 340-1900 ext. 126 | (405) 340-1001 fax

tmoran@oklawpartners.com

This email, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information on behalf of the recipient) please contact the sender by reply email and delete and/or destroy all copies of this message and any attachments.

**Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**