

**RUBENSTEIN & PITTS** PLLC

ATTORNEYS AT LAW

1503 East 19th Street  
Edmond, OK 73013

www.oklawpartners.com

(405) 340-1900  
(405) 340-1001 fax

**Emily Allan**  
eallan@oklawpartners.com

August 20, 2019

SENT VIA EMAIL  
dcarsey@hallestill.com  
jmccormick@hallestill.com  
Daniel V. Carsey  
Jacqueline McCormick  
HALL, ESTILL, HARDWICK,  
GABLE, GOLDEN & NELSON, P.C.

Re: USA Regrowth LLC et al v. Midas Investments LLC et al.

Counsel:

We are currently in the process of compiling documents relating to the two Chase accounts used by Midas Investments, LLC in conjunction with the real estate properties at issue. Those are Chase accounts ending in 8161 and 8510. We anticipate having those documents to you by the end of this week.

Should you wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

Emily Allan, Esq.