EXHIBIT 10



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2017 through March 31, 2017
Account Number: ███████8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000193 DRE 662 211 09517 NNNNNNNNNN 1 000000000 D2 0000
MIDAS INVESTMENTS LLC



## CHECKING SUMMARY    Chase Performance Business Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | Online Transfer From Chk ...7395 Transaction#: 6059525617 | |
| 03/07 | Online Transfer From Chk ...8750 Transaction#: 6059521430 | |
| 03/10 | Online Transfer From Chk ...8510 Transaction#: 6066547306 | |
| 03/20 | Online Transfer From Chk ...8510 Transaction#: 6090270040 | |
| **Total Deposits and Additions** | | |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | 03/01 Online Transfer To Chk ...7395 Transaction#: 6045081161 | |
| 03/01 | 03/01 Online Transfer To Chk ...8510 Transaction#: 6045139004 | |
| 03/01 | 03/01 Online Transfer To Chk ...8510 Transaction#: 6045140465 | |
| 03/03 | 03/03 Online Transfer To Chk ...7395 Transaction#: 6051937668 | |
| 03/03 | 03/03 Payment To Chase Card Ending IN 7903 | |
| 03/07 | 03/07 Online Transfer To Chk ...7395 Transaction#: 6059481172 | |
| 03/07 | 03/07 Online Transfer To Chk ...7395 Transaction#: 6059543065 | |
| 03/10 | 03/10 Payment To Chase Card Ending IN 7903 | |
| 03/13 | 03/12 Online Transfer To Chk ...5639 Transaction#: 6071448969 | |
| 03/14 | 03/14 Online Transfer To Chk ...7395 Transaction#: 6076633294 | |
| 03/20 | 03/20 Online Transfer To Chk ...7395 Transaction#: 6090686237 | |
| 03/21 | 03/21 Online Transfer To Chk ...7395 Transaction#: 6092075272 | |
| 03/21 | 03/21 Payment To Chase Card Ending IN 7903 | |

CONFIDENTIAL

**EXHIBIT 10**



March 01, 2017 through March 31, 2017

Account Number: ███████8161

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/21 | 03/21 Online Transfer To Chk ...5639 Transaction#: 6093103783 | |
| 03/22 | 03/22 Online Transfer To Chk ...7395 Transaction#: 6094610749 | |
| 03/22 | 03/22 Online Transfer To Chk ...7395 Transaction#: 6094612237 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- ███████8510.

## DAILY ENDING BALANCE



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  **JPMorgan Chase Bank, N.A. Member FDIC**

# EXHIBIT 10



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 01, 2017 through April 28, 2017

Account Number: 8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000196 DRE 662 211 12317 NNNNNNNNNN 1 000000000 D2 0000
MIDAS INVESTMENTS LLC





## CHECKING SUMMARY — Chase Performance Business Checking



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | Online Transfer From Chk ...8510 Transaction#: 6128626254 | |
| 04/06 | Online Transfer From Chk ...8510 Transaction#: 6132259001 | |
| 04/14 | Online Transfer From Chk ...8510 Transaction#: 6150887140 | |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | 04/05 Online Transfer To Chk ...7395 Transaction#: 6129425636 | |
| 04/06 | 04/06 Payment To Chase Card Ending IN 7903 | |
| 04/06 | 04/06 Online Transfer To Chk ...7395 Transaction#: 6132270650 | |
| 04/06 | 04/06 Online Transfer To Chk ...7395 Transaction#: 6132282375 | |
| 04/06 | 04/06 Online Transfer To Chk ...5639 Transaction#: 6132351457 | |
| 04/07 | 04/07 Online Transfer To Chk ...8510 Transaction#: 6134803738 | |
| 04/07 | 04/07 Online Transfer To Chk ...8510 Transaction#: 6134884079 | |
| 04/10 | 04/08 Online Transfer To Chk ...7700 Transaction#: 6137067359 | |
| 04/10 | 04/08 Online Transfer To Chk ...7700 Transaction#: 6137076990 | |
| 04/10 | 04/10 Online Transfer To Chk ...7395 Transaction#: 6141112693 | |
| 04/11 | 04/11 Online Transfer To Chk ...7395 Transaction#: 6142962103 | |
| 04/13 | 04/13 Online Transfer To Chk ...7395 Transaction#: 6147233564 | |

**CONFIDENTIAL**            DEF001153

EXHIBIT 10



April 01, 2017 through April 28, 2017
Account Number: 8161

## ELECTRONIC WITHDRAWALS _(continued)_

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | 04/13 Payment To Chase Card Ending IN 7903 | |
| 04/14 | 04/14 Online Transfer To Chk ...7395 Transaction#: 6151488982 | |
| 04/18 | 04/18 Online Transfer To Chk ...7395 Transaction#: 6159109689 | |
| 04/18 | 04/18 Online Transfer To Chk ...7395 Transaction#: 6160155209 | |
| 04/19 | 04/19 Online Transfer To Chk ...8510 Transaction#: 6161608570 | |
| 04/19 | 04/19 Online Transfer To Chk ...8510 Transaction#: 6161613393 | |
| 04/19 | 04/19 Online Transfer To Chk ...7395 Transaction#: 6161614724 | |
| 04/28 | 04/28 Online Transfer To Chk ...5639 Transaction#: 6183990728 | |
| 04/28 | 04/28 Online Transfer To Chk ...5639 Transaction#: 6183997155 | |
| 04/28 | 04/28 Online Transfer To Chk ...5639 Transaction#: 6184000270 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- 8510.

## DAILY ENDING BALANCE



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

# EXHIBIT 10



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 29, 2017 through May 31, 2017

Account Number: 8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000197 DRE 662 211 15417 NNNNNNNNNN  1 000000000 D2 0000

MIDAS INVESTMENTS LLC





## CHECKING SUMMARY  Chase Performance Business Checking



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Online Transfer From Chk ...7395 Transaction#: 6190640713 | |
| 05/03 | Online Transfer From Chk ...8510 Transaction#: 6196385918 | |
| 05/04 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1423 Nw 31St Imad: 0504Gmqfmp01010112 Trn: 4613609124Ff | |
| 05/15 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: Capital Concepts Northwest LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 2209 NE 9th Imad: 0515Gmqfmp01014920 Trn: 5773709135Ff | |
| 05/15 | Online Transfer From Chk ...8510 Transaction#: 6224970467 | |
| 05/18 | Online Transfer From Chk ...7395 Transaction#: 6232671856 | |
| 05/18 | Online Transfer From Chk ...8510 Transaction#: 6232667335 | |
| 05/23 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= $9,500 619 Nw 34th $27,236 2930 Tho Mas Imad: 0523Gmqfmp01014975 Trn: 5271709143Ff | |
| 05/31 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1423 Nw 31St Imad: 0531Gmqfmp01016962 Trn: 6063709151Ff | |

**Total Deposits and Additions**

**CONFIDENTIAL**  DEF001155

EXHIBIT 10



April 29, 2017 through May 31, 2017
Account Number: ███████8161

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | 04/29 Online Transfer To Chk ...7395 Transaction#: 6185658618 | |
| 05/01 | 04/29 Online Transfer To Chk ...7395 Transaction#: 6185661485 | |
| 05/01 | 04/29 Online Transfer To Chk ...8510 Transaction#: 6185664128 | |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190589722 | |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190591885 | |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190595968 | |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190601591 | |
| 05/01 | 05/01 Payment To Chase Card Ending IN 7903 | |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190980473 | |
| 05/03 | 05/03 Online Transfer To Chk ...7395 Transaction#: 6196369967 | |
| 05/03 | 05/03 Online Transfer To Chk ...8510 Transaction#: 6196514771 | |
| 05/03 | 05/03 Online Transfer To Chk ...8750 Transaction#: 6196585640 | |
| 05/03 | 05/03 Online Transfer To Chk ...8750 Transaction#: 6196740841 | |
| 05/04 | 05/04 Payment To Chase Card Ending IN 7903 | |
| 05/05 | 05/05 Online Transfer To Chk ...5639 Transaction#: 6202030778 | |
| 05/05 | 05/05 Online Transfer To Chk ...5639 Transaction#: 6202068002 | |
| 05/05 | 05/05 Online Transfer To Chk ...7395 Transaction#: 6202289991 | |
| 05/05 | 05/05 Online Transfer To Chk ...8510 Transaction#: 6202661084 | |
| 05/08 | 05/08 Online Transfer To Chk ...7395 Transaction#: 6209132157 | |
| 05/08 | 05/08 Online Transfer To Chk ...7395 Transaction#: 6209134084 | |
| 05/09 | 05/09 Online Transfer To Chk ...7395 Transaction#: 6211381196 | |
| 05/15 | 05/15 Payment To Chase Card Ending IN 7903 | |
| 05/15 | 05/15 Online Transfer To Chk ...7395 Transaction#: 6225911224 | |
| 05/18 | 05/18 Online Transfer To Chk ...7395 Transaction#: 6232662691 | |
| 05/18 | 05/18 Payment To Chase Card Ending IN 7903 | |
| 05/19 | 05/19 Online Transfer To Chk ...7395 Transaction#: 6235446602 | |
| 05/22 | 05/22 Online Transfer To Chk ...7395 Transaction#: 6239985321 | |
| ██ | ████████████████████████████████ | |
| 05/24 | 05/24 Online Transfer To Chk ...8510 Transaction#: 6245358259 | |
| 05/24 | 05/24 Payment To Chase Card Ending IN 7903 | |
| 05/26 | 05/26 Online Transfer To Chk ...7395 Transaction#: 6250850015 | |
| 05/31 | 05/31 Online Transfer To Chk ...9080 Transaction#: 6259961257 | |
| 05/31 | 05/31 Online Transfer To Chk ...9080 Transaction#: 6259965553 | |
| 05/31 | 05/31 Payment To Chase Card Ending IN 7903 | |
| ██ | ██████████████████ | |
| 05/31 | 05/31 Online Transfer To Chk ...8510 Transaction#: 6260782238 | |
| **Total Electronic Withdrawals** | | $ |

The fees for this account are included in the fee information for account -------------- ███████8510.

## DAILY ENDING BALANCE

# EXHIBIT 10



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



**EXHIBIT 10**



April 29, 2017 through May 31, 2017
Account Number: 8161

This Page Intentionally Left Blank

**CONFIDENTIAL**　　**DEF001158**

EXHIBIT 10



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017

Account Number: 8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000164 DRE 662 211 21517 NNNNNNNNNNN 1 000000000 D2 0000
MIDAS INVESTMENTS LLC



**Important update on how your Chase Performance Business Checking® or Chase Performance Business Checking with Interest® account will work**

We need to clarify some of the information we shared with you in your last statement about the changes we're making to how your Chase Performance Business Checking or Chase Performance Business Checking with Interest account will work.

Starting August 27, 2017, you will be able to make unlimited electronic deposits and up to 250 other types of transactions (such as deposits at the branch and all debits) at no additional cost. There will still be a $.40 fee for each withdrawal and non-electronic deposit once you exceed 250.

If you have any questions, please call the number on your statement.

## CHECKING SUMMARY | Chase Performance Business Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | Online Transfer From Chk ...1096 Transaction#: 6358035039 | |
| 07/12 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: Sarang LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1615 Nw 31St Imad: 0712Gmqfmp01013065 Trn: 5327409193Ff | |
| 07/14 | Online Transfer From Chk ...9953 Transaction#: 6369156229 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376742122 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376747053 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376745455 | |

**Total Deposits and Additions**

**EXHIBIT 10**



July 01, 2017 through July 31, 2017
Account Number: 8161

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | 07/01 Online Transfer To Chk ...8510 Transaction#: 6336656056 | |
| 07/12 | 07/12 Online Transfer To Chk ...8307 Transaction#: 6362977576 | |
| 07/13 | 07/13 Online Transfer To Chk ...8750 Transaction#: 6364726958 | |
| 07/13 | 07/13 Online Transfer To Chk ...7395 Transaction#: 6364728173 | |
| 07/13 | 07/13 Online Transfer To Chk ...7700 Transaction#: 6364758959 | |
| 07/13 | 07/13 Online Transfer To Chk ...9080 Transaction#: 6364850846 | |
| 07/14 | 07/14 Online Transfer To Chk ...7395 Transaction#: 6368646222 | |
| 07/17 | 07/17 Online Transfer To Chk ...7395 Transaction#: 6374645208 | |
| 07/18 | 07/18 Online Transfer To Chk ...8750 Transaction#: 6376219822 | |
| 07/18 | 07/18 Online Transfer To Chk ...7700 Transaction#: 6376738770 | |
| 07/18 | 07/18 Online Transfer To Chk ...1096 Transaction#: 6376742838 | |
| 07/27 | 07/27 Online Transfer To Chk ...8510 Transaction#: 6397977721 | |
| 07/27 | 07/27 Online Transfer To Chk ...8510 Transaction#: 6397979523 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- 8510.

## DAILY ENDING BALANCE

# EXHIBIT 10



July 01, 2017 through July 31, 2017

Account Number: 8161



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

**EXHIBIT 10**



July 01, 2017 through July 31, 2017
Account Number: 8161

This Page Intentionally Left Blank

EXHIBIT 10



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 30, 2017 through January 31, 2018
Account Number: ███████8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000147 DRE 662 211 03418 NNNNNNNNNNN  1 000000000 D2 0000
MIDAS INVESTMENTS LLC
███████████████



### We eliminated a fee for sending certain online international wires and updated our Deposit Account Agreement

The following changes were made November 12, 2017:

- There is **no Chase fee** when you use chase.com or the Chase Mobile® app to send a wire transfer from a checking account to a bank outside of the U.S. in a foreign currency when the transfer amount is the equivalent of USD $5,000 or more.

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:

  - We didn't change how we calculate your Available Balance but we clarified how it's defined. (Definitions)

  - We added language to explain that when you place a stop payment using chase.com it will automatically renew annually. The option to have it expire after one year is not available on chase.com. (General Account Terms, Section B, Stop Payments)

  - We added language to explain our duty to act in good faith and with reasonable care. (General Account Terms, Section I, Rules Governing your Account)

  - We added language to explain how we would notify you if we ever transferred your account to a different business unit within JPMorgan Chase Bank. (General Account Terms, Section I, Changes to the Agreement)

Please call us at the number on this statement if you have any questions.

| **CHECKING SUMMARY** | Chase Performance Business Checking |
|---|---|



EXHIBIT 10



December 30, 2017 through January 31, 2018
Account Number: 8161

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | Transfer From Chk Xxxxxx8040 | |
| 01/08 | Online Transfer From Chk ...1530 Transaction#: 6808436139 | |
| 01/09 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: Capital Concepts Northwest LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 731318001/Ac -000000002660 Rfb=O/B Premier Comm Obi=1915 Nw 38th Imad: 0109Gmqfmp01011613 Trn: 4557709009Ff | |
| 01/12 | Online Transfer From Chk ...1530 Transaction#: 6820196189 | |
| 01/23 | Online Transfer From Chk ...3689 Transaction#: 6844122030 | |
| 01/24 | Transfer From Chk Xxxxx8040 | |

**Total Deposits and Additions**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | 01/08 Online Transfer To Chk ...9080 Transaction#: 6808518700 | |
| 01/09 | 01/09 Online Transfer To Chk ...5639 Transaction#: 6811351362 | |
| 01/10 | 01/10 Online Transfer To Chk ...8750 Transaction#: 6813502286 | |
| 01/11 | 01/11 Online Transfer To Chk ...9080 Transaction#: 6816520109 | |
| 01/16 | 01/13 Online Transfer To Chk ...9080 Transaction#: 6823240268 | |
| 01/16 | 01/16 Online Transfer To Chk ...3689 Transaction#: 6828167875 | |
| 01/16 | 01/16 Online Transfer To Chk ...9080 Transaction#: 6828168795 | |
| 01/16 | 01/16 Online Transfer To Chk ...7700 Transaction#: 6828169634 | |
| 01/16 | 01/16 Online Transfer To Chk ...6759 Transaction#: 6828171824 | |
| 01/22 | 01/22 Online Transfer To Chk ...8750 Transaction#: 6842936275 | |
| 01/23 | Transfer To Chk Xxxxxx8040 | |
| 01/25 | 01/25 Online Transfer To Chk ...9080 Transaction#: 6849482205 | |
| 01/25 | 01/25 Online Transfer To Chk ...9080 Transaction#: 6850334501 | |
| 01/29 | 01/28 Online Transfer To Chk ...8750 Transaction#: 6856354862 | |
| 01/30 | 01/30 Online Transfer To Chk ...9080 Transaction#: 6861240028 | |
| 01/30 | 01/30 Online Transfer To Chk ...9080 Transaction#: 6861671458 | |
| 01/31 | 01/31 Online Transfer To Chk ...5639 Transaction#: 6865190809 | |

**Total Electronic Withdrawals**

CONFIDENTIAL

**EXHIBIT 10**



December 30, 2017 through January 31, 2018
Account Number: ████████8161

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

[redacted]

The monthly service fee of $20.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.

## DAILY ENDING BALANCE

[redacted]

## SERVICE CHARGE SUMMARY

Chase Performance Business Checking Accounts Included: ████████8750, ████████8977

[redacted]

## SERVICE CHARGE DETAIL

[redacted]

# EXHIBIT 10



## SERVICE CHARGE DETAIL *(continued)*

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

EXHIBIT 10

Page 1 of 22

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 01, 2018 through February 28, 2018
Account Number: ███████8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000153 DRE 662 211 06218 NNNNNNNNNN 1 000000000 D2 0000
MIDAS INVESTMENTS LLC



**We clarified when we charge the Returned Item fee for Overdraft in our Additional Banking Services and Fees disclosure**

- We **won't charge** a Returned Item fee for Overdraft for any item that is $5 or less, even if your account balance at the end of the business day is overdrawn
- We **will charge** a Returned Item fee for Overdraft for any item that is more than $5, even if your account balance at the end of the business day is overdrawn

You can see these updates in the Additional Banking Services and Fees by signing in to chase.com. You can also call us or visit a branch with any questions.

### CHECKING SUMMARY | Chase Performance Business Checking

[redacted]

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | Berners Dr | |
| 02/20 | Online Transfer From Chk ...3689 Transaction#: 6917830994 | ND? | |
| 02/20 | Online Transfer From Chk ...8750 Transaction#: 6917829849 | Midas Investment Property | |
| 02/20 | Online Transfer From Chk ...7700 Transaction#: 6917833311 | Conner | |
| 02/23 | Online Transfer From Chk ...1530 Transaction#: 6927757139 | Alliance Group | |
| 02/23 | Online Transfer From Chk ...5700 Transaction#: 6928201653 | Comtehas | |

Page 1 of 4

EXHIBIT 10

Page 2 of 22



CHASE

February 01, 2018 through February 28, 2018
Account Number: ████████8161

**DEPOSITS AND ADDITIONS** (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/23 | Online Transfer From Chk ...6290 Transaction#: 6928202906 | mw wholesale prop | |
| 02/28 | Online Transfer From Chk ...1530 Transaction#: 6939580186 | Alliance Corp | |

Total Deposits and Additions

**ELECTRONIC WITHDRAWALS**

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/08 | 02/08 Online Transfer To Chk ...9080 Transaction#: 6887793851 | MD | |
| 02/08 | 02/08 Online Transfer To Chk ...5639 Transaction#: 6888502309 | Com payroll | |
| 02/09 | 02/09 Online Transfer To Chk ...3689 Transaction#: 6891668713 | MD? | |
| 02/12 | 02/12 Online Transfer To Chk ...6759 Transaction#: 6898641607 | ? | |
| 02/12 | 02/12 Online Transfer To Chk ...3689 Transaction#: 6898642361 | MD? | |
| 02/12 | 02/12 Online Transfer To Chk ...9080 Transaction#: 6898643237 | MD | |
| 02/13 | 02/13 Online Transfer To Chk ...8750 Transaction#: 6900022247 | Midwest Ind Rental Prop Ded | |
| 02/13 | 02/13 Online Transfer To Chk ...5639 Transaction#: 6900932824 | Com payroll | |
| 02/22 | 02/22 Online Transfer To Chk ...7700 Transaction#: 6924551505 | Carmen | |
| 02/23 | 02/23 Online Transfer To Chk ...5639 Transaction#: 6928204359 | Com payroll | |
| 02/26 | 02/24 Online Transfer To Chk ...9080 Transaction#: 6929662116 | MD | |
| 02/28 | 02/28 Online Transfer To Chk ...5639 Transaction#: 6939582214 | Com payroll | |

Total Electronic Withdrawals

**OTHER WITHDRAWALS**

**FEES**

# EXHIBIT 10

Page 3 of 22



February 01, 2018 through February 28, 2018
Account Number: ████████ 8161

You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $34,406.00.

**DAILY ENDING BALANCE**



**SERVICE CHARGE SUMMARY**

Chase Performance Business Checking Accounts Included: ████████ 8750, ████████ 8977

**SERVICE CHARGE DETAIL**

# EXHIBIT 10

Page 4 of 22



February 01, 2018 through February 28, 2018
Account Number: 8161

**SERVICE CHARGE DETAIL** *(continued)*



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC