# EXHIBIT 11



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2017 through March 31, 2017
Primary Account: ████████8510

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000118 DRE 662 211 09517 NNNNNNNNNN   1 000000000 D2 0000
MIDAS INVESTMENTS LLC



## CONSOLIDATED BALANCE SUMMARY



**CONFIDENTIAL**   **DEF001315**



March 01, 2017 through March 31, 2017
Primary Account: ███████8510

## CHASE PERFORMANCE BUSINESS CHECKING

MIDAS INVESTMENTS LLC                              Account Number: ███████8510

## CHECKING SUMMARY

[redacted]

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | Fedwire Credit Via: Premier Community Bank/█████6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000001169 Rfb=O/B Premier Comm Obi= Property: 619 Nw 34th Imad: 0307Gmqfmp01009425 Trn: 3822209066Ff | 20,000.00 |
| 03/07 | Fedwire Credit Via: Premier Community Bank/█████6794 B/O: Capital Concepts Northwest LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000001169 Rfb=O/B Premier Comm Obi= Property: 1915 Nw 38th Imad: 0307Gmqfmp01009426 Trn: 3822109066Ff | 18,064.00 |
| 03/15 | Fedwire Credit Via: Premier Community Bank/█████6794 B/O: Myrtle Hill LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000001169 Rfb=O/B Premier Comm Obi= Property: 2550 Nw 20th Imad: 0315Gmqfmp01016090 Trn: 6619109074Ff | 9,000.00 |
| 03/17 | Fedwire Credit Via: Premier Community Bank/█████6794 B/O: Ghf Investments LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000001169 Rfb=O/B Premier Comm Obi= 709 Nw 33Rd Imad: 0317Gmqfmp01012614 Trn: 4782709076Ff | 30,000.00 |
| 03/24 | Fedwire Credit Via: Premier Community Bank/█████6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000001169 Rfb=O/B Premier Comm Obi= 619 Nw 34th Imad: 0324Gmqfmp01015332 Trn: 5337909083Ff | 10,000.00 |

**Total Deposits and Additions**                                                                                [redacted]

CONFIDENTIAL                                                                  DEF001316



March 01, 2017 through March 31, 2017
Primary Account: 8510

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/01 | Card Purchase | 02/28 Viator/Tripadvisor 702-7495744 CA Card 0934 | $154.20 |
| 03/01 | Card Purchase | 02/28 At The Beach 45013 Edmond OK Card 0934 | 425.35 |
| 03/01 | Card Purchase | 02/28 The Medical Spa 405-9450001 OK Card 0934 | 43.35 |
| 03/02 | Card Purchase | 03/01 Okie Express Auto Wash Edmond OK Card 0934 | 28.99 |
| 03/02 | Card Purchase | 03/01 Nails By Helen Oklahoma City OK Card 0934 | 45.00 |
| 03/02 | Card Purchase | 03/01 Phillips 66 - Oncue Oklahoma City OK Card 0934 | 49.75 |
| 03/02 | Card Purchase | 03/01 Sonic Drive IN #5312 Edmond OK Card 0934 | 2.39 |
| 03/02 | Recurring Card Purchase 03/01 Abc*Edmond Athletic CO 405-7521233 OK Card 9993 | | 58.52 |
| 03/03 | Card Purchase | 03/02 Creative Edge Dentistry Edmond OK Card 0934 | 170.60 |
| 03/03 | Card Purchase | 03/02 049 Braums Store Edmond OK Card 0934 | 3.24 |
| 03/03 | Card Purchase | 03/02 Sonic Drive IN #6226 Edmond OK Card 0934 | 12.46 |
| 03/06 | Card Purchase | 03/02 Qdoba Mexican Grill Edmond OK Card 0934 | 8.01 |
| 03/06 | Card Purchase | 03/03 Schlotzskys #100227 Edmond OK Card 0934 | 6.27 |
| 03/06 | Card Purchase | 03/05 Walgreens #10094 Edmond OK Card 0934 | 75.00 |
| 03/06 | Card Purchase | 03/05 Walgreens #10094 Edmond OK Card 0934 | 53.36 |
| 03/06 | Card Purchase With Pin  03/06 Crest Foods of Edmond OK Card 0934 | | 443.15 |
| 03/07 | Card Purchase | 03/06 Sonic Drive IN #6226 Edmond OK Card 0934 | 11.27 |
| 03/07 | Card Purchase With Pin  03/07 Bedbath&Beyond# 412 S Edmond OK Card 0934 | | 422.13 |
| 03/08 | Card Purchase | 03/08 Cheesecake Oklahoma Oklahoma City OK Card 0934 | 37.18 |
| 03/08 | Card Purchase | 03/07 Walgreens #10094 Edmond OK Card 0934 | 82.26 |
| 03/08 | Card Purchase | 03/07 5327 Great Clips At Hom Edmond OK Card 0934 | 17.00 |
| 03/09 | Card Purchase | 03/08 Phillips 66 - 0115 33Rd Edmond OK Card 0934 | 54.94 |
| 03/09 | Card Purchase | 03/08 Marcos Pizza - 5005 Edmond OK Card 0934 | 14.89 |
| 03/09 | Card Purchase With Pin  03/09 Target T- 1200 E 2ND S Edmond OK Card 0934 | | 143.71 |
| 03/10 | Card Purchase | 03/09 Panda Express 1711 Edmond OK Card 0934 | 23.00 |
| 03/10 | Card Purchase | 03/09 Sq *MS Marys Private PR Edmond OK Card 0934 | 380.00 |



March 01, 2017 through March 31, 2017
Primary Account: ████████8510

## ATM & DEBIT CARD WITHDRAWALS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Card Purchase         03/09 Royal Nails & Spa Edmond OK Card 0934 | 90.00 |
| 03/13 | Non-Chase ATM Withdraw  03/11 3131 Las Vegas Blvd So Las Vegas NV Card 0934 | 306.99 |
| 03/13 | Recurring Card Purchase 03/10 Golds Gym West Edmond 866-465-3775 OK Card 9993 | 39.75 |
| 03/13 | Recurring Card Purchase 03/10 Golds Gym West Edmond 866-465-3775 OK Card 9993 | 39.75 |
| 03/14 | Card Purchase With Pin  03/14 Toys R US #7811 Oklahoma City OK Card 0934 | 13.81 |
| 03/14 | Card Purchase With Pin  03/14 The Meathouse 2249 Wes Edmond OK Card 0934 | 45.70 |
| 03/15 | Card Purchase         03/13 Nobu Las Vegas Las Vegas NV Card 9993 | 350.00 |
| 03/15 | Card Purchase         03/14 Sq *Jodi Fritts Midwest City OK Card 0934 | 155.00 |
| 03/15 | Card Purchase         03/14 Chuck E Cheese 892 Oklahoma City OK Card 0934 | 33.00 |
| 03/15 | Card Purchase         03/15 Apl* Itunes.Com/Bill 866-712-7753 CA Card 0934 | 4.99 |
| 03/15 | Card Purchase With Pin  03/15 Crest Foods of Edmond OK Card 0934 | 315.87 |
| 03/16 | Card Purchase         03/15 Lee Donuts Edmond OK Card 0934 | 12.96 |
| 03/16 | Card Purchase         03/16 Repechage Repechage.Com NJ Card 0934 | 157.50 |
| 03/16 | Card Purchase         03/15 Marcos Pizza - 5005 Edmond OK Card 0934 | 39.34 |
| 03/17 | Card Purchase         03/16 Pp*Royceclothi 402-935-2244 OK Card 0934 | 25.00 |
| 03/17 | Card Purchase         03/16 Yokozuna Chisholm CR Oklahoma City OK Card 9993 | 122.68 |
| 03/17 | Card Purchase         03/16 Eric L Wyatt MD PC Oklahoma City OK Card 0934 | 90.00 |
| 03/17 | Card Purchase         03/17 Cheesecake Oklahoma Oklahoma City OK Card 0934 | 56.00 |
| 03/17 | Card Purchase         03/16 Phillips 66 - 0115 33Rd Edmond OK Card 0934 | 52.36 |
| 03/17 | Card Purchase         03/16 Tammy Maschino MD Pllc 405-7268000 OK Card 0934 | 25.00 |
| 03/17 | Card Purchase         03/16 Mainevent Oklahomaci Oklahoma City OK Card 9993 | 152.00 |
| 03/20 | Card Purchase         03/16 Mainevent Oklahomaci Oklahoma City OK Card 9993 | 23.85 |
| 03/20 | Card Purchase         03/17 Mainevent Oklahomaci Oklahoma City OK Card 9993 | 62.44 |
| 03/20 | Card Purchase         03/17 Apl* Itunes.Com/Bill 866-712-7753 CA Card 9993 | 2.99 |
| 03/20 | Card Purchase         03/17 Eileen`S Colossal Cooki Edmond OK Card 0934 | 18.67 |
| 03/20 | Card Purchase         03/18 Topgolf Okc 22-1 214-377-0615 OK Card 0934 | 21.68 |
| 03/20 | Card Purchase         03/17 At The Beach Corp 303-9522041 CO Card 9993 | 45.25 |
| 03/20 | Card Purchase         03/17 Mcalister's Deli 722 Oklahoma City OK Card 9993 | 21.10 |
| 03/20 | Card Purchase         03/17 Topgolf Okc 22-2 Oklahoma City OK Card 0934 | 55.52 |
| 03/20 | Card Purchase         03/17 Sq *The Bleu Garten Oklahoma City OK Card 9993 | 6.00 |
| 03/20 | Card Purchase         03/17 Fassler Hall-Midtown Oklahoma City OK Card 9993 | 81.50 |
| 03/20 | Card Purchase         03/17 Pf Changs #9969 Oklahoma City OK Card 9993 | 129.61 |
| 03/20 | Card Purchase         03/17 Sq *Finishline Auto Oklahoma City OK Card 9993 | 95.00 |
| 03/20 | Card Purchase         03/17 Phillips 66 - Oncue Oklahoma City OK Card 9993 | 46.32 |
| 03/20 | Card Purchase         03/17 The Sushi Bar Edmond OK Card 9993 | 90.44 |
| 03/20 | Card Purchase         03/18 Starbucks Store 27433 Edmond OK Card 9993 | 9.74 |
| 03/20 | Card Purchase         03/18 Daylight Donuts S Kelly Edmond OK Card 9993 | 7.62 |
| 03/20 | Card Purchase         03/18 Taco Casa Midwest City OK Card 9993 | 25.99 |
| 03/20 | Card Purchase         03/18 Walgreens #10094 Edmond OK Card 0934 | 20.00 |
| 03/20 | Card Purchase         03/18 Taco Casa Midwest City OK Card 9993 | 19.29 |
| 03/20 | Card Purchase         03/18 Celebrity Nails Edmond OK Card 0934 | 35.00 |
| 03/20 | Card Purchase With Pin  03/18 Uptown Grocery Edmond OK Card 0934 | 14.29 |
| 03/20 | Card Purchase         03/18 Lemongrass Edmond OK Card 0934 | 56.80 |
| 03/20 | Card Purchase         03/18 Marcos Pizza - 5005 Edmond OK Card 0934 | 19.21 |
| 03/20 | Card Purchase         03/19 5327 Great Clips At Hom Edmond OK Card 9993 | 20.00 |
| 03/20 | Card Purchase         03/19 The Meathouse Edmond OK Card 9993 | 91.83 |
| 03/20 | Card Purchase         03/20 Circle E Candles 830-990-4478 TX Card 0934 | 181.75 |
| 03/21 | Card Purchase         03/19 Charleston's of Edmond Edmond OK Card 9993 | 92.48 |



March 01, 2017 through March 31, 2017
Primary Account: ██████████8510

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | Card Purchase       03/20 Apl* Itunes.Com/Bill 866-712-7753 CA Card 0934 | 4.99 |
| 03/21 | Card Purchase       03/20 Johnnies Express #001 Edmond OK Card 0934 | 1.35 |
| 03/21 | Card Purchase       03/20 Panda Express 1711 Edmond OK Card 9993 | 12.00 |
| 03/21 | Card Purchase       03/20 The Meathouse Edmond OK Card 0934 | 12.70 |
| 03/21 | Card Purchase With Pin  03/21 Wm Superc Wal-Mart Sup Edmond (Nw) OK Card 0934 | 69.05 |
| 03/22 | Card Purchase       03/21 Balance Yoga Barre Ed Edmond OK Card 0934 | 35.00 |
| 03/22 | Card Purchase       03/21 Balance Yoga Barre Ed Edmond OK Card 0934 | 35.00 |
| 03/22 | Card Purchase       03/20 Jamba Juice Edmond Edmond OK Card 9993 | 6.03 |
| 03/22 | Card Purchase       03/21 Sq *Jodi Fritts Midwest City OK Card 0934 | 160.00 |
| 03/22 | Card Purchase       03/21 Starbucks Store 27433 Edmond OK Card 9993 | 4.06 |
| 03/22 | Card Purchase       03/21 Hideaway Pizza #6 Edmond OK Card 0934 | 53.22 |
| 03/22 | Card Purchase       03/21 Lowes #02854* Edmond OK Card 0934 | 16.70 |
| 03/22 | Card Purchase With Pin  03/22 Crest Foods of Edmond OK Card 0934 | 158.53 |
| 03/23 | Card Purchase       03/21 Chick-Fil-A #00539 Edmond OK Card 0934 | 4.48 |
| 03/23 | Card Purchase       03/23 Scholastic Book Club 573-632-1834 MO Card 0934 | 59.00 |
| 03/23 | Card Purchase       03/22 The Sushi Bar Edmond OK Card 9993 | 117.54 |
| 03/23 | Card Purchase       03/22 Conoco - For Blending Edmond OK Card 0934 | 56.84 |
| 03/23 | Card Purchase       03/22 Sonic Drive IN #6226 Edmond OK Card 0934 | 12.85 |
| 03/24 | Card Purchase       03/23 Sunfrog LLC 855-578-6376 MI Card 0934 | 56.47 |
| 03/24 | Card Purchase       03/24 Coolgreens II Oklahoma City OK Card 0934 | 13.55 |
| 03/24 | Card Purchase       03/23 Lush Fashion Lounge Oklahoma City OK Card 0934 | 92.66 |
| 03/24 | Card Purchase       03/23 Hautlk Rack8885478438 188-854-7843 CA Card 0934 | 158.88 |
| 03/24 | Card Purchase       03/24 Sq *MS Marys Private PR Edmond OK Card 0934 | 380.00 |
| 03/24 | Card Purchase With Pin  03/24 Uptown Grocery Edmond OK Card 0934 | 21.50 |
| 03/24 | ATM Withdrawal       03/24 2307 W Edmond Rd Edmond OK Card 9993 | 200.00 |
| 03/27 | Card Purchase       03/24 Sonic Drive IN #5312 Edmond OK Card 0934 | 24.90 |
| 03/27 | Card Purchase       03/24 Sonic Drive IN #6226 Edmond OK Card 0934 | 11.30 |
| 03/27 | Card Purchase       03/25 Starbucks Store 27433 Edmond OK Card 0934 | 6.55 |
| 03/27 | Card Purchase       03/25 Taco Casa Midwest City OK Card 0934 | 18.12 |
| 03/27 | Card Purchase       03/26 Apl* Itunes.Com/Bill 866-712-7753 CA Card 0934 | 6.28 |
| 03/27 | Non-Chase ATM Withdraw  03/26 11001 N May Oklahoma City OK Card 9993 | 43.00 |
| 03/27 | Card Purchase       03/26 Telecharge Svce Telecharge NY Card 0934 | 303.00 |
| 03/27 | Card Purchase W/Cash   03/27 Crest Foods of Edmond OK Card 0934 Purchase $316.34 Cash Back $20.00 | 336.34 |
| 03/27 | Card Purchase With Pin  03/27 Sprouts Farmers Mkt#80 Edmond OK Card 0934 | 70.37 |
| 03/27 | Recurring Card Purchase 03/26 Eztfoodsofny 416-800-1424 NV Card 0934 | 114.00 |
| 03/28 | Card Purchase       03/28 Sephora.Com 877-Sephora CA Card 0934 | 135.79 |
| 03/28 | Card Purchase       03/27 Apl* Itunes.Com/Bill 866-712-7753 CA Card 0934 | 25.97 |
| 03/28 | Card Purchase       03/27 The Meathouse Edmond OK Card 0934 | 8.29 |
| 03/28 | Card Purchase       03/27 Hautlk Rack8885478438 188-854-7843 CA Card 0934 | 176.34 |
| 03/28 | Card Purchase With Pin  03/28 Dick's Sporting Good Oklahoma City OK Card 0934 | 221.06 |
| 03/29 | Card Purchase       03/27 City 11 Mart Edmond OK Card 0934 | 57.01 |
| 03/29 | Card Purchase       03/28 The Sushi Bar Edmond OK Card 9993 | 90.95 |
| 03/29 | Card Purchase       03/28 Sonic Drive IN #6226 Edmond OK Card 0934 | 13.71 |
| 03/29 | Card Purchase       03/28 All About Cha Oklahoma City OK Card 9993 | 2.98 |
| 03/29 | Card Purchase       03/28 Heritage Kitchens LLC 405-795-1115 OK Card 0934 | 97.85 |
| 03/30 | Card Purchase       03/30 Coolgreens Spring Creek Edmond OK Card 0934 | 12.99 |
| 03/30 | Non-Chase ATM Withdraw  03/30 3232 South Broadway Edmond OK Card 0934 | 103.00 |



CONFIDENTIAL                    DEF001319



March 01, 2017 through March 31, 2017
Primary Account: 8510

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/31 | Card Purchase | 03/30 Starbucks Store 11286 Edmond OK Card 9993 | 4.06 |
| 03/31 | Card Purchase | 03/30 Sonic Drive IN #6226 Edmond OK Card 0934 | 6.55 |
| 03/31 | Card Purchase | 03/30 Marcos Pizza - 5005 Edmond OK Card 0934 | 14.89 |
| 03/31 | Card Purchase With Pin | 03/31 Sam's Club Edmond OK Card 0934 | 271.43 |
| **Total ATM & Debit Card Withdrawals** | | | **$10,107.22** |

## ATM & DEBIT CARD SUMMARY

Courtney Black  Card 0934
- Total ATM Withdrawals & Debits       $409.99
- Total Card Purchases       $7,582.46

Chad M Black  Card 9993
- Total ATM Withdrawals & Debits       $243.00
- Total Card Purchases       $1,871.77

ATM & Debit Card Totals
- Total ATM Withdrawals & Debits       $652.99
- Total Card Purchases       $9,454.23

## ELECTRONIC WITHDRAWALS



CONFIDENTIAL       DEF001320



March 01, 2017 through March 31, 2017
Primary Account: ████████ 8510

### ELECTRONIC WITHDRAWALS *(continued)*

███████████████████████████████

### FEES

███████████████████████████████

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was ████████.

### DAILY ENDING BALANCE

███████████████████████████████

### SERVICE CHARGE SUMMARY

Chase Performance Business Checking Accounts Included: ████████ 2061, ████████ 8161, ████████ 8750, ████████ 8977

███████████████████████████████



March 01, 2017 through March 31, 2017
Primary Account: 8510

| SERVICE CHARGE DETAIL | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC