# EXHIBIT 12



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754



April 01, 2016 through April 29, 2016
Account Number: 6290

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000072 DRE 662 211 12516 NNNNNYNNNNY  1 000000000 D2 0000
MIDWEST WHOLESALE PROPERTIES LLC



## CHECKING SUMMARY  Chase Performance Business Checking

## DEPOSITS AND ADDITIONS

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | 04/28 Online Transfer To Chk ...8004 Transaction#: 5357150633 | |
| 04/28 | 04/28 Online Transfer To Chk ...8750 Transaction#: 5357152083 | |
| 04/28 | 04/28 Online Transfer To Chk ...8510 Transaction#: 5357155487 | |
| 04/28 | 04/28 Online Transfer To Chk ...7700 Transaction#: 5357157121 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- 7700.

## DAILY ENDING BALANCE

**Steely Subpoena 014**

**EXHIBIT 12**



April 01, 2016 through April 29, 2016
Account Number: 6290

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

---

**Steely Subpoena 015**



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 30, 2016 through August 31, 2016

Account Number: ▮▮▮▮▮▮▮▮ 6290



00000062 DRE 662 211 24716 NNNNNNNNNNN 1 000000000 D2 0000
MIDWEST WHOLESALE PROPERTIES LLC

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY   Chase Performance Business Checking

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/25 | 08/25 Online Transfer To Chk …8510 Transaction#: 5617977483 | |
| 08/25 | 08/25 Online Transfer To Chk …7700 Transaction#: 5617978423 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- ▮▮▮▮▮▮▮▮7700.

## DAILY ENDING BALANCE

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

**Steely Subpoena 022**



July 30, 2016 through August 31, 2016
Account Number: ███████6290

This Page Intentionally Left Blank

Page 2 of 2

**Steely Subpoena 023**



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2017 through June 30, 2017

Account Number: ███████6290

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000050 DRE 662 211 18717 NNNNNNNNNNN  1 000000000 D2 0000
MIDWEST WHOLESALE PROPERTIES LLC





## Chase Performance Business Checking[SM] is changing

We appreciate your business and want to make sure you know about changes we're making to Chase Performance Business Checking.

On August 27, 2017, the Monthly Service Fee for Chase Performance Business Checking will increase to $30.

However, we're also lowering the balance you need to meet to get this fee waived. Starting August 27, we'll waive the Monthly Service Fee for any statement period in which you maintain an average beginning day balance[1] of **$35,000** or more in any combination of linked business savings (excluding Client Funds Savings accounts), business CDs and other Chase Performance Business Checking accounts.

Additionally, you will:
- No longer pay a fee to receive international and domestic wires.
- Be able to make unlimited electronic deposits and up to 250 other kinds of deposits at no additional cost. There will still be a $.40 fee for each non-electronic deposit once you exceed 250.

All other features of your account remain the same. If you have any questions, please call the number on your statement.

[1]Average daily balance is the average of the end of day ledger balances during the monthly statement cycle.

## CHECKING SUMMARY | Chase Performance Business Checking



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | Online Transfer From Chk …1530 Transaction#: 6312692583 | ███ |
| 06/21 | Online Transfer From Chk …1530 Transaction#: 6312688048 | ███ |
| 06/21 | Online Transfer From Chk …8510 Transaction#: 6312690955 | ███ |
| 06/22 | Online Transfer From Chk …1530 Transaction#: 6314599394 | ███ |

**EXHIBIT 12**



June 01, 2017 through June 30, 2017
Account Number: 6290

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/22 | Online Transfer From Chk ...1530 Transaction#: 6314597431 | |
| 06/22 | Online Transfer From Chk ...9953 Transaction#: 6314594476 | |
| 06/23 | Online Transfer From Chk ...5639 Transaction#: 6317937304 | |

**Total Deposits and Additions**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | 06/21 Online Transfer To Chk ...5639 Transaction#: 6312697924 | |
| 06/22 | 06/22 Online Transfer To Chk ...5639 Transaction#: 6314595594 | |
| 06/22 | 06/22 Online Transfer To Chk ...5639 Transaction#: 6314600582 | |
| 06/22 | 06/22 Online Transfer To Chk ...5639 Transaction#: 6314601529 | |
| 06/23 | 06/23 Online Transfer To Chk ...8510 Transaction#: 6317939568 | |
| 06/26 | 06/26 Online Transfer To Chk ...8510 Transaction#: 6323339422 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- 7700.

## DAILY ENDING BALANCE



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

**Steely Subpoena 043**