EXHIBIT 14



CHASE
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 24, 2017 through July 26, 2017

Account Number: 9080

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00001252 DRE 662 211 20817 NNNNNNNNNN  1 000000000 17 0000
ELWOOD AND DURBIN PARK
LIVING TRUST
CHAD M BLACK TRUSTEE

## CHECKING SUMMARY  Chase Premier Plus Checking



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/26 | Online Transfer From Chk ...8510 Transaction#: 6321356488 | |
| 07/13 | Online Transfer From Chk ...8161 Transaction#: 6364850846 | |
| 07/17 | Online Transfer From Chk ...8750 Transaction#: 6371605131 | |
| 07/17 | Online Transfer From Chk ...7700 Transaction#: 6374993872 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376423133 | |

**Total Deposits and Additions**

## CHECKS PAID

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

**Steely Subpoena  070**

EXHIBIT 14

Page 2 of 4



June 24, 2017 through July 26, 2017
Account Number: 9080

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Steely Subpoena 071

EXHIBIT 14



June 24, 2017 through July 26, 2017
Account Number: ████████9080

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | 07/07 Online Transfer To Chk ...7700 Transaction#: 6352137691 | |

**Total Electronic Withdrawals**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was ████████)

  *Talk to a banker about transferring your balances to Chase today!*

- <u>OR</u>, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

EXHIBIT 14



June 24, 2017 through July 26, 2017
Account Number: 9080

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

**Steely Subpoena 073**

EXHIBIT 14



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 24, 2017 through June 23, 2017

Account Number: 9080

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001365 DRE 662 211 17517 NNNNNNNNNN 1 000000000 17 0000
ELWOOD AND DURBIN PARK
LIVING TRUST
CHAD M BLACK TRUSTEE




## CHECKING SUMMARY    Chase Premier Plus Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | Online Transfer From Chk ...8161 Transaction#: 6259961257 | |
| 05/31 | Online Transfer From Chk ...8161 Transaction#: 6259965553 | |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | 05/31 Online Transfer 6259962799 To Chad Black - Mortgage ###6681 Transaction #: 6259962799 | |
| 06/06 | 06/06 Online Transfer To Chk ...7395 Transaction#: 6277659277 | |
| 06/06 | 06/06 Online Transfer To Chk ...8510 Transaction#: 6278156785 | |
| Total Electronic Withdrawals | | |

## FEES

Page 1 of 2

**Steely Subpoena  074**

EXHIBIT 14



May 24, 2017 through June 23, 2017

Account Number: 9080

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Premier Plus Checking account. Here are the two ways you can avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of at least $15,000.00 during your statement period.**
  (Your average qualifying deposit and investment balance was ▓▓▓▓▓▓▓)

  *Talk to a banker about transferring your balances to Chase today!*

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

  *Talk to a banker about a Chase mortgage!*

**Stop in today and explore all Chase has to offer.**

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC