# EXHIBIT 15



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 01, 2017 through April 28, 2017

Account Number: 8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000196 DRE 662 211 12317 NNNNNNNNNN 1 000000000 D2 0000
MIDAS INVESTMENTS LLC



## CHECKING SUMMARY   Chase Performance Business Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | Online Transfer From Chk ...8510 Transaction#: 6128626254 | |
| 04/06 | Online Transfer From Chk ...8510 Transaction#: 6132259001 | |
| 04/14 | Online Transfer From Chk ...8510 Transaction#: 6150887140 | |
| 04/28 | Fedwire Credit Via: Premier Community Bank/ 6794 B/O: Sarang LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1615 Nw 31St Imad: 0428Gmqfmp01017788 Trn: 6378309118Ff | |

**Total Deposits and Additions**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | 04/04 Online Payment 9831 To Jay Hinrichs | |
| 04/05 | 04/05 Online Transfer To Chk ...7395 Transaction#: 6129425636 | |
| 04/06 | 04/06 Payment To Chase Card Ending IN 7903 | |
| 04/06 | 04/06 Online Transfer To Chk ...7395 Transaction#: 6132270650 | |
| 04/06 | 04/06 Online Transfer To Chk ...7395 Transaction#: 6132282375 | |
| 04/06 | 04/06 Online Transfer To Chk ...5639 Transaction#: 6132351457 | |
| 04/07 | 04/07 Online Transfer To Chk ...8510 Transaction#: 6134803738 | |
| 04/07 | 04/07 Online Transfer To Chk ...8510 Transaction#: 6134884079 | |
| 04/10 | 04/08 Online Transfer To Chk ...7700 Transaction#: 6137067359 | |
| 04/10 | 04/08 Online Transfer To Chk ...7700 Transaction#: 6137076990 | |
| 04/10 | 04/10 Online Transfer To Chk ...7395 Transaction#: 6141112693 | |
| 04/11 | 04/11 Online Transfer To Chk ...7395 Transaction#: 6142962103 | |
| 04/13 | 04/13 Online Transfer To Chk ...7395 Transaction#: 6147233564 | |

# EXHIBIT 15



April 01, 2017 through April 28, 2017

Account Number: 8161

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | 04/13 Payment To Chase Card Ending IN 7903 | |
| 04/14 | 04/14 Online Transfer To Chk ...7395 Transaction#: 6151488982 | |
| 04/18 | 04/18 Online Transfer To Chk ...7395 Transaction#: 6159109689 | |
| 04/18 | 04/18 Online Transfer To Chk ...7395 Transaction#: 6160155209 | |
| 04/19 | 04/19 Online Transfer To Chk ...8510 Transaction#: 6161608570 | |
| 04/19 | 04/19 Online Transfer To Chk ...8510 Transaction#: 6161613393 | |
| 04/19 | 04/19 Online Transfer To Chk ...7395 Transaction#: 6161614724 | |
| 04/28 | 04/28 Online Transfer To Chk ...5639 Transaction#: 6183990728 | |
| 04/28 | 04/28 Online Transfer To Chk ...5639 Transaction#: 6183997155 | |
| 04/28 | 04/28 Online Transfer To Chk ...5639 Transaction#: 6184000270 | |
| **Total Electronic Withdrawals** | | |

The fees for this account are included in the fee information for account -------------- 8510.

## DAILY ENDING BALANCE

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation  .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

# EXHIBIT 15



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 01, 2017 through July 31, 2017
Account Number:               8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000164 DRE 662 211 21517 NNNNNNNNNN   1 000000000 D2 0000
MIDAS INVESTMENTS LLC



**Important update on how your Chase Performance Business Checking® or Chase Performance Business Checking with Interest® account will work**

We need to clarify some of the information we shared with you in your last statement about the changes we're making to how your Chase Performance Business Checking or Chase Performance Business Checking with Interest account will work.

Starting August 27, 2017, you will be able to make unlimited electronic deposits and up to 250 other types of transactions (such as deposits at the branch and all debits) at no additional cost. There will still be a $.40 fee for each withdrawal and non-electronic deposit once you exceed 250.

If you have any questions, please call the number on your statement.

## CHECKING SUMMARY   Chase Performance Business Checking

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | Online Transfer From Chk ...1096 Transaction#: 6358035039 | |
| 07/12 | Fedwire Credit Via: Premier Community Bank/     6794 B/O: Sarang LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1615 Nw 31St Imad: 0712Gmqfmp01013065 Trn: 5327409193Ff | |
| 07/14 | Online Transfer From Chk ...9953 Transaction#: 6369156229 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376742122 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376747053 | |
| 07/18 | Online Transfer From Chk ...1096 Transaction#: 6376745455 | |

**Total Deposits and Additions**

# EXHIBIT 15



July 01, 2017 through July 31, 2017

Account Number: ▉▉▉▉▉▉▉▉8161

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | 07/01 Online Transfer To Chk ...8510 Transaction#: 6336656056 | |
| 07/12 | 07/12 Online Transfer To Chk ...8307 Transaction#: 6362977576 | |
| 07/13 | 07/13 Online Transfer To Chk ...8750 Transaction#: 6364726958 | |
| 07/13 | 07/13 Online Transfer To Chk ...7395 Transaction#: 6364728173 | |
| 07/13 | 07/13 Online Transfer To Chk ...7700 Transaction#: 6364758959 | |
| 07/13 | 07/13 Online Transfer To Chk ...9080 Transaction#: 6364850846 | |
| 07/14 | 07/14 Online Transfer To Chk ...7395 Transaction#: 6368646222 | |
| 07/17 | 07/17 Online Transfer To Chk ...7395 Transaction#: 6374645208 | |
| 07/18 | 07/18 Online Transfer To Chk ...8750 Transaction#: 6376219822 | |
| 07/18 | 07/18 Online Transfer To Chk ...7700 Transaction#: 6376738770 | |
| 07/18 | 07/18 Online Transfer To Chk ...1096 Transaction#: 6376742838 | |
| 07/18 | 07/18 Online Transfer To Chk ...8750 Transaction#: 6377014808 | |
| 07/27 | 07/27 Online Transfer To Chk ...8510 Transaction#: 6397977721 | |
| 07/27 | 07/27 Online Transfer To Chk ...8510 Transaction#: 6397979523 | |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- ▉▉▉▉▉▉▉▉8510.

## DAILY ENDING BALANCE



July 01, 2017 through July 31, 2017

Account Number: 8161

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC





July 01, 2017 through July 31, 2017
Account Number: ███████8161

This Page Intentionally Left Blank

Page 4 of 4

**Steely Subpoena  103**

# EXHIBIT 15



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 29, 2017 through May 31, 2017
Account Number: ████████8161

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00000197 DRE 662 211 15417 NNNNNNNNNN 1 000000000 D2 0000
MIDAS INVESTMENTS LLC

## CHECKING SUMMARY    Chase Performance Business Checking



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Online Transfer From Chk ...7395 Transaction#: 6190640713 | |
| 05/03 | Online Transfer From Chk ...8510 Transaction#: 6196385918 | |
| 05/04 | Fedwire Credit Via: Premier Community Bank/████ 6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1423 Nw 31St Imad: 0504Gmqfmp01010112 Trn: 4613609124Ff | |
| 05/15 | Fedwire Credit Via: Premier Community Bank/████ 6794 B/O: Capital Concepts Northwest LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 2209 NE 9th Imad: 0515Gmqfmp01014920 Trn: 5773709135Ff | |
| 05/15 | Online Transfer From Chk ...8510 Transaction#: 6224970467 | |
| 05/18 | Online Transfer From Chk ...7395 Transaction#: 6232671856 | |
| 05/18 | Online Transfer From Chk ...8510 Transaction#: 6232667335 | |
| 05/23 | Fedwire Credit Via: Premier Community Bank/████ 6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= ████ 619 Nw 34th ████ 2930 Tho Mas Imad: 0523Gmqfmp01014975 Trn: 5271709143Ff | |
| 05/31 | Fedwire Credit Via: Premier Community Bank/████ 6794 B/O: USA Regrowth Fund LLC Lake Oswego OR 97035 Ref: Chase Nyc/Ctr/Bnf=Midas Investments LLC Oklahoma City, OK 73131/Ac-000 000002660 Rfb=O/B Premier Comm Obi= 1423 Nw 31St Imad: 0531Gmqfmp01016962 Trn: 6063709151Ff | |
| **Total Deposits and Additions** | | |

# EXHIBIT 15



April 29, 2017 through May 31, 2017
Account Number: ███████████8161

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | 04/29 Online Transfer To Chk ...7395 Transaction#: 6185658618 | █ |
| 05/01 | 04/29 Online Transfer To Chk ...7395 Transaction#: 6185661485 | █ |
| 05/01 | 04/29 Online Transfer To Chk ...8510 Transaction#: 6185664128 | █ |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190589722 | █ |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190591885 | █ |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190595968 | █ |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190601591 | █ |
| 05/01 | 05/01 Payment To Chase Card Ending IN 7903 | █ |
| 05/01 | 05/01 Online Transfer To Chk ...7395 Transaction#: 6190980473 | █ |
| 05/03 | 05/03 Online Transfer To Chk ...7395 Transaction#: 6196369967 | █ |
| 05/03 | 05/03 Online Transfer To Chk ...8510 Transaction#: 6196514771 | █ |
| 05/03 | 05/03 Online Transfer To Chk ...8750 Transaction#: 6196585640 | █ |
| 05/03 | 05/03 Online Transfer To Chk ...8750 Transaction#: 6196740841 | █ |
| 05/04 | 05/04 Payment To Chase Card Ending IN 7903 | █ |
| 05/05 | 05/05 Online Transfer To Chk ...5639 Transaction#: 6202030778 | █ |
| 05/05 | 05/05 Online Transfer To Chk ...5639 Transaction#: 6202068002 | █ |
| 05/05 | 05/05 Online Transfer To Chk ...7395 Transaction#: 6202289991 | █ |
| 05/05 | 05/05 Online Transfer To Chk ...8510 Transaction#: 6202661084 | █ |
| 05/08 | 05/08 Online Transfer To Chk ...7395 Transaction#: 6209132157 | █ |
| 05/08 | 05/08 Online Transfer To Chk ...7395 Transaction#: 6209134084 | █ |
| 05/09 | 05/09 Online Transfer To Chk ...7395 Transaction#: 6211381196 | █ |
| 05/15 | 05/15 Payment To Chase Card Ending IN 7903 | █ |
| 05/15 | 05/15 Online Transfer To Chk ...7395 Transaction#: 6225911224 | █ |
| 05/18 | 05/18 Online Transfer To Chk ...7395 Transaction#: 6232662691 | █ |
| 05/18 | 05/18 Payment To Chase Card Ending IN 7903 | █ |
| 05/19 | 05/19 Online Transfer To Chk ...7395 Transaction#: 6235446602 | █ |
| 05/22 | 05/22 Online Transfer To Chk ...7395 Transaction#: 6239985321 | █ |
| 05/24 | 05/24 Online Transfer To Chk ...8510 Transaction#: 6245358259 | █ |
| 05/24 | 05/24 Payment To Chase Card Ending IN 7903 | █ |
| 05/26 | 05/26 Online Transfer To Chk ...7395 Transaction#: 6250850015 | █ |
| 05/31 | 05/31 Online Transfer To Chk ...9080 Transaction#: 6259961257 | █ |
| 05/31 | 05/31 Online Transfer To Chk ...9080 Transaction#: 6259965553 | █ |
| 05/31 | 05/31 Payment To Chase Card Ending IN 7903 | █ |
| 05/31 | 05/31 Online Transfer To Chk ...8510 Transaction#: 6260782238 | █ |

**Total Electronic Withdrawals**

The fees for this account are included in the fee information for account -------------- ███████████8510.

## DAILY ENDING BALANCE

███████████████████████████████████████████████████

**Steely Subpoena  111**



April 29, 2017 through May 31, 2017

Account Number:            8161



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.     We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



April 29, 2017 through May 31, 2017
Account Number: ███████████8161

This Page Intentionally Left Blank