# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| USA REGROWTH, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. CIV-19-0024-HE |
| | ) | |
| MIDAS INVESTMENTS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated from the bench, Defendants' Motion to Modify Subpoena [Doc. # 30] is **GRANTED**. Plaintiffs' subpoena served on J.P. Morgan Chase Bank, N.A. is **QUASHED**. Defendants are **ORDERED** to provide plaintiffs a written, detailed accounting of the use of all funds advanced by plaintiffs within **ten (10) days** of the date of this order. The parties are then **ORDERED** to have a face-to-face conference to determine what discovery will be necessary to proceed with this case. If necessary, plaintiffs may issue Chase a new, more narrowly tailored subpoena pursuant to Fed.R.Civ.P. 45 and LCvR45.1.

**IT IS SO ORDERED**.

Dated this 23rd day of September, 2019.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE